HOGAN LOVELLS US LLP
David W. Skaar (Bar No. 265377)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.skaar@hoganlovells.com

Attorneys for Defendants
BEENVERIFIED, INC. and
BEENVERIFIED, LLC

TURKE & STRAUSS LLP
Sam Strauss (*Pro Hac Vice*)
Raina Borrelli (*Pro Hac Vice*)
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

Attorneys for Plaintiff and
the Proposed Class

*[See signature block for additional counsel]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID ESCOBAR, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEENVERIFIED, INC., and BEENVERIFIED, LLC,<br><br>Defendants. | Case No. 3:21-cv-09433-MMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 6-1(a)]**<br><br>Honorable Maxine M. Chesney |

1  Pursuant to Local Rule 6-1(a), Plaintiff David Escobar and Defendants BeenVerified, Inc.
2  and BeenVerified, LLC ("Defendants") hereby stipulate that the time for Defendants to move or
3  otherwise respond to the initial Complaint shall be extended, from January 27, 2022, to February
4  28, 2022.  This is the first extension of time to respond to the Complaint, and it will not alter the
5  date of any event or any deadline already fixed by Court order.
6  **IT IS SO STIPULATED.**

Dated:  January 26, 2022                              TURKE & STRAUSS LLP

By:  /s/ Raina Borrelli
Sam Strauss
Raina Borrelli

Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (to be admitted *Pro Hac Vice*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
Email: ben@benosbornlaw.com

Attorneys for Plaintiff David Escobar and the Proposed Class

Dated: January 26, 2022

HOGAN LOVELLS US LLP

By: /s/ David W. Skaar
David W. Skaar
Attorneys for Defendants
BEENVERIFIED, INC. and
BEENVERIFIED, LLC

HOGAN LOVELLS US LLP
Jon M. Talotta (*pro hac vice* forthcoming)
8350 Broad Street, 17th Floor
Tysons, Virginia 22102
Telephone:   (703) 610-6100
Facsimile:    (703) 610-6200
jon.talotta@hoganlovells.com

**<u>Attestation</u>**

Pursuant to Local rule 5-1(h)(3), I attest that each of the other signatories listed above has concurred in the filing of this document.

/S/ David W. Skaar

David W. Skaar